IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALLEN KING WIGGINS,              )
                                 )
           Plaintiff,            )
                                 )
     v.                          )
                                 )    1:22-cv-947
MARCELLA (MARCY) TRAGESER        )
ASST. DISTRICT ATTORNEY,         )
JAMIE KIRKMAN (MAJOR) CHATHAM    )
COUNTY DETENTION CENTER, and     )
JESSICA NORTON,                  )
                                 )
           Defendants.           )

### ORDER

On February 17, 2023 the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) In the Recommendation, the Magistrate Judge recommends that considering Plaintiff's failure to comply with the court's previous orders, and failure to prosecute this case, these circumstances warrant dismissal of this action. No objections were filed within the time prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED**

that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 13th day of June, 2023.

/s/ William L. Osteen, Jr.
United States District Judge